# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                          **CASE NO. 6:24-cr-10005-EFM**

**ANTHONY SALOME,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**ESCAPE FROM CUSTODY**
**[18 U.S.C. § 751(a)]**

On or about January 17, 2024, in the District of Kansas, the defendant,

**ANTHONY SALOME,**

did knowingly escape from the custody of the Bureau of Prisons at the Wichita Transitional Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Kansas, in Case No. 6:20CM60031-001, upon

1

violation of supervised release after conviction in the United States District Court for the District of Nevada, in Case No. 2:13-cr-160-APG-CWH, for Conspiracy to Distribute Methamphetamine, in violation of Title 21, United States Code, Section 846.

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.

January 23, 2024                           s/Foreperson
DATE                                       FOREPERSON OF THE GRAND JURY


KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Kari Burks
Kari Burks
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: kari.burks@usdoj.gov
Ks. S. Ct. No. 24171

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

### **Count 1  - Escape from Custody**

- Punishable by a term of imprisonment of not more than five (5) years. 18 U.S.C. § 751(a)

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).